[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  17-10886
Non-Argument Calendar

_____

D.C. Docket No. 8:16-cr-00285-VMC-MAP-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE YECID CASTRO HURTADO,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(December 13, 2017)

Before WILLIAM PRYOR, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d

1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).